UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

IN RE:

JOHN LARRY HICKS JR                    Case No. B-07-51255 C-13W

Debtor(s)

**NOTICE OF COMPLETION OF CHAPTER 13 PLAN**

The undersigned Trustee hereby notifies the Court and other interested parties that based upon the Trustee's review; 1) the Debtors have successfully completed their Chapter 13 Plan as confirmed; 2) creditors have been treated according to the terms of the confirmed Plan and other orders of the Court; 3) the Debtors no longer are required to make plan payments to the Trustee; and 4) all on-going, post-petition payments being paid through the Trustee's Office, including any arrearage claim and charges assessed by the creditor pursuant to 11 U.S.C. §1322(b)(5) are current as of the date the last on-going, postpetition payment was made by the Trustee's Office and that the Debtors, rather than the Trustee, now are responsible for making those on-going payments to such creditors.

Dated:   December 16, 2010           s/ Kathryn L. Bringle
                                     Kathryn L. Bringle
                                     PO Box 2115
                                     Winston-Salem, NC 27102-2115
                                     (336) 722-1139

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

In re: )
)
JOHN LARRY HICKS JR ) Case No. B-07-51255 C-13W
)
)
Debtor(s) )

CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that the foregoing Notice was served on the following parties by mailing a copy of the same by first-class postage prepaid mail addressed as follows:

```
JOHN LARRY HICKS JR
20217 US 52 HIGHWAY SOUTH
ALBEMARLE, NC 28001

JOHN M BAHNER JR
P O DRAWER 1210
ALBEMARLE, NC 28002
```

Date: December 16, 2010

Donna Cooley , Clerk
Office of the Chapter 13 Trustee
Chapter 13 Trustee
P. O. Box 2115
Winston-Salem, NC 27102-2115